FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

2021 SEP 21  PM 4: 22

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

|  |  |
|---|---|
| **FARZANA AMIN,** | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| **v.** | ) **Civil Action No.  8:19-cv-2649-GJH** |
| | ) |
| **KAISER PERMANENTE HEALTH** | ) |
| **PLAN OF THE MID-ATLANTIC** | ) |
| **STATES, INC.,** | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Farzana Amin, and Defendant, Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc. hereby stipulate to the dismissal of the instant action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees.   I, T. Bruce Godfrey, CERTIFY that I have caused this document to be filed with ECF on 9 September 2021, effectuating service on all parties.

Respectfully submitted,

Approved on:  September 21, 2021

_____/s/_____

By: _____
Lydia K. Griggsby
District Judge

T. Bruce Godfrey, Bar No. 24596
Jezic & Moyse, LLC
2730 University Blvd. W #604
Wheaton, MD 20902
godfrey@jezicfirm.com
(240) 292-7200 office
(240) 687-3564 cell
(888) 241-3135 facsimile
Attorney for Farzana Amin

1

/s/
Rafael Morell, Bar No. 26960
Law Offices of Rafael E. Morell, PLLC
2101 L Street, N.W., Suite 300
Washington, D.C. 20037
Telephone:  (202) 467-8377
Facsimile:  (202) 466-0502
rafael.morell@morelllawoffices.com
*Counsel for Defendant*

September 9, 2021